**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No._____ |
| | § | |
| MICHAEL KING, | § | |
| | § | |
| Respondent. | § | |

**PETITION FOR SUMMARY ENFORCEMENT**
**OF INSPECTOR GENERAL SUBPOENA**

The United States of America petitions for an order compelling respondent, Michael King ("King"), to comply with a Department of Transportation Inspector General subpoena issued to King on November 11, 2025. The United States files this Petition pursuant to the Inspector General Act of 1978, 5 U.S.C. app. 3 § 6(a)(4) to compel respondents to produce documents they have improperly and erroneously withheld. In support of this Petition, the United States relies on the accompanying Memorandum of Law and Declaration of Special Agent Michael Todd Bishop, and avers as follows:

**JURISDICTION AND VENUE**

1.      The Court has subject matter jurisdiction over this summary enforcement proceeding pursuant to the Inspector General Act of 1978, 5 U.S.C. app. 3 § 6(a)(4), along with 28 U.S.C. §§ 1331 and 1345.

2.      This judicial district is a proper venue under 28 U.S.C. § 1391(b)(2) and (3).

**PARTIES**

3.      The United States is the petitioner in this action to enforce a subpoena issued by the Department of Transportation Office of Inspector General ("DOT OIG").

4.      Respondent Michael King ("King") is an individual who resides in and operates a business out of Webster, Texas. King is nominally in possession of the subpoenaed audit documents at issue in this proceeding.

## BACKGROUND

5.      The Federal Aviation Administration (FAA) maintains regulations regarding the maintenance and operation of aircrafts and flights within the United States.

6.      The FAA is responsible for making sure the aircrafts and flights operating within the United States comply with FAA regulations.

7.      The DOT works with the FAA in enforcing those regulations under applicable criminal and civil law.

## THE SUBPOENA: ISSUANCE, SERVICE, AND AUTHORITY

8.      On November 10, 2025, DOT OIG Inspector Michael Bishop personally served an Inspector General (IG) Subpoena in person to Defendant Michael King. The subpoena was issued pursuant to Inspector General Act of 1978, 5 U.S.C. app. 3 § 6(a)(4), which authorizes the Inspector General to subpoena records as part of its responsibility to investigate and identify fraud and abuse in government programs and operations. 5 U.S.C. app. 3 § 4(a)(1), (3)-(5).

9.      The DOT OIG issued the subpoena to King in furtherance of the government's civil investigation into whether King violated FAA regulations regarding the maintenance and operation of his N254MB aircraft.

10.      The subpoena seeks four specific categories of information: (1) maintenance and inspection records of the aircraft; (2) records related to the airworthiness of the aircraft; (3) communications about the maintenance of the aircraft; (4) records related to who piloted the aircraft.

### King's Refusal to Comply with the Subpoena

11.   On November 14, 2025, Agent Bishop interviewed King at his hangar in the presence

of his attorney, Bill Gifford (Gifford). King claimed at that time not to have documents responsive to the subpoena. These documents are ones that King is required to maintain operations because they are records that would be normally created in the normal course of business as the aircraft manager, mechanic, and pilot of aircraft N254MB.

12.    On November 20, 2025, Agent Bishop spoke with Gifford telephonically and sent a follow-up email informing Gifford that King should have, but had not disclosed the following items:

- Any and/or all records that identify any mechanics, contractors, pilots, or other persons who performed any maintenance, inspections, repairs, or other work on aircraft N254MB between the dates of 8/1/2024 – Present.
- Any communication with any other person involving the coordination or scheduling of maintenance on, or operation of, aircraft N254MB between the dates of 8/1/2024 – Present, including, but not limited to:
  1. Email
  2. Texts
  3. Notes
  4. Letters
  5. Memoranda
  6. Voicemail
- Any and/or all records that contain pilot, copilot, flight time, destination, or any other information generally contained in a pilot logbook for all flights in aircraft N254MB between the dates of 8/1/2024 – Present.
- Any and/or all records containing invoices, billing, receipts, payment info, or any other financial document related to the operation, management, or maintenance of aircraft N254MB between the dates of 8/1/2024 – Present.

13.    Agent Bishop followed up with Gifford telephonically and through email several times about producing the documents. On December 11, 2025, Agent Bishop received an email that he was trying to get the records, but King was unwilling to provide the records because other unidentified sources had advised King not to comply with the subpoena to avoid a "perjury trap." King has not provided any explanation regarding his concern that disclosing the documents would constitute perjury.

14.    To date, King has yet to disclose the records.

15.     The documents are not protected by any privilege or attorney work product doctrine because they were prepared for independent business and compliance purposes, not in anticipation of litigation.

16.     The subpoena is fully authorized and in all other respects is proper and entitled to summary enforcement by this Court.

## REQUEST FOR RELIEF

WHEREFORE, the United States respectfully requests that the Court:

17.     Order King to produce by a date certain all non-privileged documents that are responsive to the subpoena but that have been withheld.

18.     Grant such other relief as the Court deems necessary and appropriate.

Respectfully Submitted,

NICHOLAS GANJEI
United States Attorney
Southern District of Texas

By: /s/ *Ariel N. Wiley*
Ariel N. Wiley
Assistant United States Attorney
Texas Bar No. 24093366
Federal ID No. 2554283
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9000
Facsimile: (713) 718-3303
Email: ariel.wiley@usdoj.gov

ATTORNEY FOR PETITIONER