# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Petitioner, | § § | |
| v. | § § | No._____ |
| MICHAEL KING, | § § § | |
| Respondent. | § | |

## MICHAEL TODD BISHOP DECLARATION

I, Michael Todd Bishop, a Special Agent with the Department of Transportation – Office of Inspector General, in accordance with 28 U.S.C. §1746, declare from personal knowledge as follows:

1. I am currently a Special Agent with the Department of Transportation – Office of Inspector General at the Post of Duty located in Houston, TX.

2. On November 10, 2025, I served an Inspector General (IG) Subpoena in person to Michael King (King). The subpoena is attached hereto.

3. On November 14, 2025, I interviewed King at his hangar in the presence of his attorney, Bill Gifford (Gifford). King claimed at that time not to have documents responsive to the subpoena. I informed him that these are documents that King should have to maintain operations because they are records that would be normally created in the normal course of business as the aircraft manager, mechanic, and pilot of aircraft N254MB.

4. On November 20, 2025, I spoke with Gifford telephonically and sent a follow-up email informing Gifford that King should have, but had not disclosed the following items:

   - Any and/or all records that identify any mechanics, contractors, pilots, or other persons who performed any maintenance, inspections, repairs, or other work on aircraft N254MB between the dates of 8/1/2024 – Present.
   - Any communication with any other person involving the coordination or scheduling of maintenance on, or operation of, aircraft N254MB between the dates of 8/1/2024 – Present, including, but not limited to:
     1. Email
     2. Texts
     3. Notes
     4. Letters

5. Memoranda
    6. Voicemail

  - Any and/or all records that contain pilot, copilot, flight time, destination, or any other information generally contained in a pilot logbook for all flights in aircraft N254MB between the dates of 8/1/2024 – Present.
  - Any and/or all records containing invoices, billing, receipts, payment info, or any other financial document related to the operation, management, or maintenance of aircraft N254MB between the dates of 8/1/2024 – Present.

5. I followed up with Gifford telephonically and through email several times about producing the documents a few times. On December 10, 2025, Gifford sent an email with a picture of a handwritten note with names and telephone numbers of alleged pilots working with King. On December 11, 2025, I got an email that he was trying to get the records, but King was unwilling to provide the records because other unidentified sources had advised King not to comply with the subpoena to avoid a "perjury trap."

6. As of this date, King has refused to comply with the IG subpoena.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2/3/2026
Date

_[signature]_
Signature

# United States of America

## DEPARTMENT OF TRANSPORTATION

### OFFICE OF INSPECTOR GENERAL

TO: **MICHAEL KING**

3022 W Nasa Rd.
Unit 1
Webster , TX 77598

} **SUBPOENA**

YOU ARE HEREBY COMMANDED TO APPEAR BEFORE <u>Michael Bishop</u>, *an official of the Office of Inspector General, at* <u>C/O -FBI SQUAD WC-1, 1 JUSTICE PARK DR</u> <u>HOUSTON, TX 77092</u>, *on the* <u>11TH</u> *day of* <u>NOVEMBER</u>, *2025, at* <u>10:00</u>, *o'clock* <u>AM</u> *of that day.*

And you are hereby required to bring with you and produce at said time and place the following information, documents, reports, answers, records, accounts, papers and other data and documentary evidence:

**(SEE ATTACHED ADDENDUM TO INSPECTOR GENERAL SUBPOENA)**

which are necessary in the performance of the responsibility of the Inspector General under Public Law 95-452, to conduct and supervise audits and investigations and to promote economy, efficiency, and effectiveness in the administration of, and to prevent and detect fraud and abuse in and relating to the programs and operations of the Department of Transportation.

OIG Point of Contact:

Bishop, Michael

Telephone: (786) 423-8780

Fax:

Email: Michael.Bishop@oig.dot.gov

IN TESTIMONY WHEREOF, *the seal of the*
DEPARTMENT OF TRANSPORTATION
*is affixed hereto, and the undersigned has hereunto set his hand
at Washington, D.C. this* <u>4TH</u> *day of* <u>NOVEMBER</u>, <u>2025.</u>



_____ / FOR
Inspector General

IGF 2008.2(3-86)

ADDENDUM TO INSPECTOR GENERAL SUBPOENA

MICHAEL KING

3022 W Nasa Rd.
Unit 1
Webster , TX 77598

Compliance with this subpoena may be made by delivery (U.S. Mail and private delivery/courier service is acceptable) of the following to Michael T. Bishop, U.S. Department of Transportation - Office of Inspector General, C/o FBI, Squad WC-1, 1 Justice Park Dr., Houston, TX 77092 by the date listed on the face of the subpoena. Compliance can also be made in person.

Required is a notarized statement from the official of the subpoenaed party responsible for compliance with this subpoena that documents produced are true, genuine, and responsive to the subpoena.

If any document is withheld under a claim of privilege, please advise in writing the author, addressee, subject matter, and date of the document, as well as any other individuals to whom copies of the document(s) were provided, and the basis of the privilege.

## I. DEFINITIONS

As used herein:

A. This subpoena is applicable to the business entity or party to which addressed and shall include all business affiliates, subsidiaries, predecessors, parents, divisions, successors in interest, present and former directors, officers, partners, agents, employees, and all other persons acting or purporting to act for, or on the behalf, of the business entity or party to which addressed.

B. "Documents" or "records" refers to all written or graphic matter, however produced or reproduced, or any other tangible permanent record, and without limitation, including, among other things, all letters, correspondence, records, memoranda, minutes, notes, summaries, telephone records, books, schedules, reports, studies, appraisals, analyses, lists, interviews, books of account, telegrams, notes and minutes of meetings, interoffice communications, results of investigations, working papers, computer data, papers similar to any of the foregoing, and other writings of every kind of description (whether or not actually used, and including drafts of all documents), and including not only originals of such documents but all photostatic or microfilmed copies in whatever form, and all sound records or electronic data compilations in whatever form.

C. A document "relating or incident to" a given subject matter means any documents or communication that constitutes, contains, embodies, comprises, reflects, identifies, states, analyzes, or is in any way pertinent to that subject, including, without limitation, documents concerning the presentation of other documents.

D. "Addressee" means the person to whom this subpoena is addressed and includes any parent, predecessor, successor, division, affiliate, or subsidiary of whatever tier (whether or not wholly owned) and each officer, director, employee, attorney, agent or other person acting on behalf of any of them.

E. Do not destroy, discard, modify, redact, remove, alter, substitute or otherwise make unavailable any

document requested by this subpoena. If you have knowledge that any requested document has been destroyed, discarded, modified, redacted, removed, altered or otherwise made unavailable, identify the document(s) and provide an explanation.

## II. DOCUMENTS TO BE PRODUCED

For the period of January 1, 2012, to present produce any and/all aircraft records and/or documents pertaining to Cessna CE-680, Serial Number 680-034, tail number N254MB, in your possession, custody and/or control including, but not limited to:

A. Any and/or all records of any and all maintenance, preventive maintenance, or alterations of the aircraft.

B. Any and/or all records of the 100-hour, annual, progressive, and other required or approved inspections of Aircraft N254MB.

C. Any and/or all records or documents pertaining to the current and historical status of life-limited parts of each airframe, engine, and appliance of N254MB.

D. Any and/or all records or documents pertaining to the time since last overhaul of all items installed on aircraft N254MB which are required to be overhauled on a specified time basis.

E. Any and/or all records or documents pertaining to the current and historical inspection status of aircraft N254MB, including the time since the last inspection required by the inspection program under which the aircraft and its appliances are maintained.

F. Any and/or all records or documents pertaining to the current and historical status of applicable airworthiness directives (AD) and safety directives including, for each, the method of compliance, the AD or safety directive number and revision date for aircraft N254MB.

G. Any and/or all records of each major alteration to the airframe and currently installed engines and appliances on aircraft N254MB.

H. Any and/or all records or documents containing a description of any work, maintenance, preventative maintenance, repair, inspection, evaluation, or similar action performed on aircraft N254MB.

I. Any and/or all records that identify any mechanics, contractors, pilots, or other persons who performed any maintenance, inspections, repairs, or other work on aircraft N254MB between the dates of 8/1/2024 – Present.

J. Any communication with any other person involving the coordination or scheduling of maintenance on, or operation of, aircraft N254MB between the dates of 8/1/2024 – Present, including, but not limited to:

1. Email
2. Texts

3. Notes
4. Letters
5. Memoranda
6. Voicemail

K.  Any and/or all records that contain pilot, copilot, flight time, destination, or any other information generally contained in a pilot logbook for all flights in aircraft N254MB between the dates of 8/1/2024 – Present.

L.  Any and/or all records containing invoices, billing, receipts, payment info, or any other financial document related to the operation, management, or maintenance of aircraft N254MB between the dates of 8/1/2024 – Present.